UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**CAROLINE A. PEREZ**
*on behalf of*
Luis Aldarondo,

                Plaintiff,                20 **CIVIL** 10911 (ALC)

   -v-                                        **<u>JUDGMENT</u>**

**COMMISSIONER OF SOCIAL SECURITY,**

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 10, 2022, that Plaintiffs claim as to the Commissioner's decision on the SSI claim is dismissed with prejudice; and, IT IS FURTHER STIPULATED AND AGREED, by and between the attorneys for plaintiff and defendant, that the decision of the Commissioner of Social Security as to the DIB claim be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         JUNE 13, 2022

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                                  **BY:**

                                                            **Deputy Clerk**